■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE PARKER, Appellant. [720 NYS2d 817] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Dunlop, J.), rendered August 26, 1999, convicting him of robbery in the third degree and grand larceny in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contention is without merit. O'Brien, J. P., Santucci, Luciano and Schmidt, JJ., concur.